Lewis C. King, Respondent, v. John Townshend, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Tyndale Palmer, Respondent, v. Chicago Herald Company, Appellant.— Order affirmed, with ten dollars costs and disbursements on opinion in *Palmer* v. *Chicago Evening Post Company.* (See ante, p. 403.)